Same case below, 305 Fed. Appx. 301.

**No. 09-8426. Keith Russell Judd, Petitioner v. United States.**
559 U.S. 981, 130 S. Ct. 1708, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2131, ■

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8428. Randell Orange, Petitioner v. Emanuel Ellis, et al.**
559 U.S. 981, 130 S. Ct. 1709, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2128.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 348 Fed. Appx. 69.

**No. 09-8432. Michael Nikiforakis, Petitioner v. Richard W. Stanek.**
559 U.S. 981, 130 S. Ct. 1709, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2178, ■

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 09-8437. Robert Williams, Petitioner v. United States.**
559 U.S. 981, 130 S. Ct. 1709, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2019.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8442. James Knowles, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**
559 U.S. 981, 130 S. Ct. 1709, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2171.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8443. Curtis Jerome Lemon, Petitioner v. South Carolina, et al.**
559 U.S. 981, 130 S. Ct. 1709, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2084.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 339 Fed. Appx. 298.

**No. 09-8444. Rodrick Clayton, Petitioner v. United States.**
559 U.S. 981, 130 S. Ct. 1710, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2075.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 348 Fed. Appx. 459.

**No. 09-8451. Calvin Wilson, Petitioner v. Florida.**
559 U.S. 981, 130 S. Ct. 1710, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2139, ■

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 18 So. 3d 530.

**No. 09-8462. Barry Young, Petitioner v. Tom Corbett, Attorney General of Pennsylvania, et al.**
559 U.S. 981, 130 S. Ct. 1710, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2176.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8466. Ralph Jaffe, Petitioner v. Baltimore County Library Board.**
559 U.S. 981, 130 S. Ct. 1710, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2085.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 6.